**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re *Ex Parte* Application of Petronas Azerbaijan (Shah Deniz) S.à r.l. and Petronas South Caucasus S.à r.l., pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,

Petitioners.

Case No. ________________

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONERS' *EX PARTE* MOTION FOR LEAVE TO REDACT AND SEAL**

Baker & Hostetler LLP
Oren J. Warshavsky
Gonzalo S. Zeballos
J'Naia L. Boyd
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
owarshavsky@bakerlaw.com

*Attorneys for Petronas Azerbaijan (Shah Deniz) S.à r.l. and Petronas South Caucasus S.à r.l.*

Dated: June 26, 2026

**TABLE OF CONTENTS**

**Page**

FACTUAL BACKGROUND ........................................................................................................1

ARGUMENT ...........................................................................................................................2

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*In Re Petronas Azerbaijan (Shah Deniz) S.a.r.l et al.*,
1:24-cv-01283-CFC (D. Del. October 15, 2025)........................................................................1

*Zesty Paws LLC v. Nutramax Lab'ys, Inc.*,
No. 23 CIV. 10849 (LGS), 2024 WL 3330709 (S.D.N.Y. June 24, 2024) ...............................3

**Statutes**

28 U.S.C. § 1782..........................................................................................................................1

Petitioners Petronas Azerbaijan (Shah Deniz) S.à r.l. and Petronas South Caucasus S.à r.l. (collectively, "**Luxcos**" or "**Petitioners**"), by and through their attorneys, Baker & Hostetler LLP, respectfully submit this Memorandum of Law in support of their motion for leave to file: (i) redacted versions of certain documents supporting their *ex parte* application pursuant to 28 U.S.C. § 1782 (the "**Application**"); and (ii) under seal, certain exhibits submitted in support thereof. In support of this Motion, Petitioners state the following.

## FACTUAL BACKGROUND

Petitioners are contemporaneously filing the Application seeking an order authorizing discovery from Mr. Robert Dwyer, Jr. and Mr. Eric Blinderman pursuant to 28 U.S.C. § 1782. Certain portions of the Application and certain supporting exhibits contain information designated as confidential by non-party Pacific Investments Holdings, LLC ("**PSA**"), without a protective order in place, and by non-party CF Taurus (US) LLC ("**CF Taurus**") pursuant to a protective order entered in another proceeding by the United States District Court for the District of Delaware. *See In Re Petronas Azerbaijan (Shah Deniz) S.a.r.l et al.*, 1:24-cv-01283-CFC (D. Del. October 15, 2025), D.I. 44. A copy of the protective order is attached to the Declaration of J'Naia L. Boyd dated June 26, 2026 as Exhibit B. The subject exhibits are as follows:

1. Exhibit 4 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' *Ex Parte* Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

2. Exhibit 5 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' *Ex Parte* Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

3. Exhibit 6 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' Ex Parte Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

4. Exhibit 7 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' Ex Parte Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

5. Exhibit 8 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' Ex Parte Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

6. Exhibit 9 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' Ex Parte Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

7. Exhibit 11 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' Ex Parte Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

8. Exhibit 12 as attached to the Declaration of J'Naia L. Boyd in Support of Petitioners' Ex Parte Application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

## ARGUMENT

The relief requested is narrow and limited to protecting confidential material that Petitioners are obligated to treat as confidential due to an existing protective order or per a non-party's confidential designation. Public filing of the unredacted Application and the confidential exhibits would disclose nonpublic information designated confidential by CF Taurus and PSA.

*See, e.g.*, *Zesty Paws LLC v. Nutramax Lab'ys, Inc.*, No. 23 CIV. 10849 (LGS), 2024 WL 3330709, at *3 (S.D.N.Y. June 24, 2024) (redacting nonpublic information). Petitioners therefore seek leave to publicly file redacted versions of the Declaration of J'Naia L. Boyd and the Memorandum of Law that are in support of the Application and to file under seal only those exhibits that contain material subject to confidentiality designations. Petitioners further notify the Court that CF Taurus intends to submit a brief forthwith in support of this Motion explaining why the relevant information and documents should remain redacted and sealed.

For the foregoing reasons, Petitioners request that this Court grant their Motion and permit the filing of the documents referenced above under seal and redacted.

Dated: June 26, 2026
New York, New York

**BAKER & HOSTETLER LLP**

*/s/ Oren J. Warshavsky*

Oren J. Warshavsky
owarshavsky@bakerlaw.com
Gonzalo S. Zeballos
gzeballos@bakerlaw.com
J'Naia L. Boyd
jlboyd@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Civil Rule 7.1 and Section 5(a) of the Court's Individual Rules and Practices in Civil Cases, I hereby certify that the foregoing memorandum of law complies with the word count limitation as set forth therein. As measured by the word processing system used to prepare it, the foregoing memorandum of law contains 675 words.

Dated: June 26, 2026

*/s/ Oren J. Warshavsky*
Oren J. Warshavsky