**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

26-MC-00324 (RA) (VF)

IN RE: PETRONAS AZERBAIJAN (SHAH DENIZ) S.A R.L PURSUANT TO 28 U.S.C. 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

**ORDER**

-----------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

On June 26, 2026, Petronas Azerbaijan (Shah Deniz) S.a r.l and Petronas South Caucasus S.a r.l. filed this *ex parte* application seeking an order pursuant to 28 U.S.C. § 1782, authorizing them to issue subpoenas to Robert Dwyer Jr. and Eric Howard Blinderman for use in ongoing foreign civil proceedings filed in the Bailiwick of Jersey and foreign civil proceedings that petitioners intend to file in Luxembourg and Spain. ECF No. 1.

By **December 9, 2026**, petitioners are directed to serve a copy of this Order, as well as ECF Nos. 1-8 (including exhibits), on Robert Dwyer Jr. and Eric Howard Blinderman and file proof of such service on the docket. By **December 30, 2026**, Robert Dwyer Jr. and Eric Howard Blinderman are directed to file their responses to petitioner's application, or seek an extension of time to do so. By **January 13, 2027**, petitioners are directed to file their reply, if any.

Petitioners are further directed to provide an update regarding the Jersey proceedings, including whether the Jersey Court has issued a ruling on the interlocutory challenges. See ECF No. 6 at ¶¶ 40-41. Petitioners must file this update by **December 2, 2026**.

The Clerk of Court is respectfully directed to close the gavels at ECF Nos. 1 and 11. The Court will address those motions once service and briefing is complete.

**SO ORDERED.**

DATED: New York, New York
November 18, 2026

VALERIE FIGUEREDO
United States Magistrate Judge